IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | NO. 3:08-0066 |
| v. | ) | JUDGE ECHOLS |
| | ) | |
| ALL-IN-ONE, INC., ET AL. | ) | |

**O R D E R**

The Court having been advised by counsel that the matters in controversy between the parties have been settled, it is hereby ORDERED that this case is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

*[signature]*
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE